FILED
 2007 Dec-07  AM 10:35
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANNETTE CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-cv-00533-JEO |
| v. | ) | |
| | ) | |
| SHAPIRO & PICKETT, LLP; EDITH PICKETT; WELLS FARGO BANK, N.A., f/k/a WELLS FARGO HOME MORTGAGE, INC., f/k/a NORWEST MORTGAGE, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The Court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 15), the plaintiff's objections to the report and recommendation (doc. 16), and the defendants' responses to the plaintiff's objections (doc. 17 & 18) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 15) is due to be adopted and approved.  The Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the Court finds as follows concerning the defendants' motions to dismiss or, alternatively, to require the plaintiff to file a motion for more definite statement (doc. 9 & 11):

1. The plaintiff's complaint is an impermissible shotgun pleading;

2. The plaintiff's theft/misappropriation (Count II), conversion (Count III), and breach of contract (Count IV) claims against S&P and Pickett are due to be dismissed with prejudice in their entirety for failure to state a claim under Fed. R.

    CIV. P. 12(b)(6) as the plaintiff has failed to allege any facts that would support any of these claims;

3. Because the plaintiff may be able to state claims against Wells Fargo for violations of the FDCPA (Count I), conversion (Count III), and breach of contract (Count IV) if she is permitted to file an amended complaint, those claims are due to be dismissed without prejudice;

4. Because the plaintiff may be able to state claims against all the defendants for FDCPA (Count I), fraud (Count V), suppression (Count VI), conspiracy (Count VII), and negligent/wanton hiring, training, supervision or retention (Count VIII) if she is permitted to file an amended complaint, those claims are due to be dismissed without prejudice;

5. The theft/misappropriation claim (Count II) is due to be dismissed with prejudice as to Wells Fargo for failure to state a claim under FED. R. CIV. P. 12(b)(6); and,

6. The foreclosure and the cancellation of the subsequent deed claims (Counts IX and X) are due to be stricken;

7. The plaintiff should be afforded fifteen (15) days to file an amended complaint.

An appropriate order will be entered.

  **Done this 6th day of December 2007.**

              _____
              **L. SCOTT COOGLER**
            **UNITED STATES DISTRICT JUDGE**
                 124153