FILED
 2010 Sep-27 PM 01:52
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANNETTE CLARK,** | } |
| **Plaintiff,** | } |
| v. | } **CASE NO. 2:07-cv-0533-SLB** |
| **SHAPIRO AND PICKETT, LLP;** | } |
| **EDITH PICKETT; and WELLS** | } |
| **FARGO BANK, N.A. f/n/a** | } |
| **NORTHWEST MORTGAGE, INC.,** | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

This case is currently before the court on the motions for summary judgment filed by defendant Wells Fargo, N.A. ("Wells Fargo"), and defendants Shapiro and Pickett, LLP, and Edith Pickett (hereinafter collectively "S&P"). (Docs. 36 and 39, respectively.)[1] On June 24, 2010, the magistrate judge filed a Report and Recommendation, recommending that defendants' motions be granted. (Doc. 54.) In the Report and Recommendation, the magistrate judge informed plaintiff that "any objections to this report and recommendation must be made pursuant to Federal Rule of Civil Procedure 72(b) within fourteen (14) days of being served with a copy of the same." (*Id.*, pp. 42-43.) On July 9, 2010, plaintiff Annette Clark ("Clark") filed her Statement of

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

Objection to the Magistrate Judge's Report and Recommendation.[2]  (Doc. 58.)  On July 23, 2010, defendant Wells Fargo filed its Response to Plaintiff's Statement of Objection to the Magistrate Judge's Report and Recommendation.  (Doc. 59.)  Defendant S &P did not file a response.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and objections thereto, the court finds that the magistrate judge's Report is due to be and is hereby **ADOPTED** and the Recommendation is **ACCEPTED**.  Accordingly, Wells Fargo's Motion for Summary Judgment, (doc. 36), and S&P's Motion for Summary Judgment, (doc. 39), will be granted and plaintiff's Complaint will be dismissed.  A Final Judgment will be entered contemporaneously.

**DONE**, this 27th day of September, 2010.

                                                    *Sharon Lovelace Blackburn*
                                               SHARON LOVELACE BLACKBURN
                                               CHIEF UNITED STATES DISTRICT JUDGE

---

[2] On July 8, 2010 plaintiff also moved the court for a five day extension of time in which to file objections to the Magistrate's Report and Recommendation.  (Doc. 57.)  Plaintiff's Motion, (doc. 57), will be granted.